IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **EUGENE MILLER,** | ) | **No:** | FILED: JUNE 02, 2008 |
| | ) | | 08CV3181    TC |
| **Plaintiff,** | ) | | JUDGE NORGLE |
| | ) | **Judge** | MAGISTRATE JUDGE VALDEZ |
| v. | ) | | |
| | ) | | |
| **OFFICERS JOHN ORMOND, #19095,** | ) | | |
| **REBECCA GARCIA, #5529** | ) | | |
| **AND THE CITY OF CHICAGO,** | ) | | |
| **A MUNICIPAL CORPORATION,** | ) | **JURY DEMAND** | |
| | ) | | |
| **Defendants.** | ) | | |

## COMPLAINT

**JURISDICTION**

1. The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C. Sections 1983 and 1988; 28 U.S.C. Sections 1331 and 1343 (a); and the Constitution of the United States, and supplemental jurisdiction under 28 U.S.C. Section 1367.

**PARTIES**

2. Plaintiff Eugene Miller is an African-American male, a citizen of the United States, and a resident of Chicago, Illinois.

3. Defendant Officers John Ormond, # 19095 and Rebecca Garcia, #5529 are/were police officers employed by the City of Chicago, and was at all times relevant to the facts alleged in this complaint, acting within the scope of their employment and under color of law. Defendant Officers Ormond and Garcia are being sued individually.

4. The City of Chicago, is a municipal corporation within the State of Illinois,

and was all times material to this Complaint, the employer of Defendant Police Officers Ormond and Garcia.

**FACTS**

5. In June 2006, Plaintiff Eugene Miller was a professional livery driver. On June 5, 2007, Mr. Miller was driving a Budget rental car.

6. While on duty, at approximately 10 p.m., Mr. Miller was dispatched to pick up customer, at a church located at 7300 block of South Greenwood in Chicago, IL.

7. Mr. Miller arrived at his location approximately 10 minutes early. While waiting to pick up his customer, the customer called to cancel the trip.

8. Next, Mr. Miller prepared to leave the church, when a police car with flashing lights pulled up behind his vehicle.

9. Then, without cause, Defendants Officers Ormond and Garcia ordered Mr. Miller out of his vehicle, to show his driver's license, and to remove everything out of his pockets. Mr. Miller immediately complied.

10. Without justification, Defendant Officers then handcuffed Mr. Miller and placed him in their vehicle.

11. While handcuffed, sitting in Defendant's police vehicle, Defendant Officers illegally searched Mr. Miller's rental car and found his lunch and two piece of aluminum foil which contained salt and pepper. Defendant Officer Garcia then told Mr. Miller that he was being arrested for possession of a controlled substance, even after Mr. Miller explained that they had simply found his lunch.

12. Next, Defendant Officer Garcia opened the foiled packed and immediately sneezed. Despite knowing that Mr. Miller's was not in possession of any controlled

substance, Defendant Officers falsely charged him with possession of a control substance.

13. Mr. Miller rental car was towed and his $300 cash in fares he had made for the day and handheld radio was never returned to him.

15. The Defendant Officers made out false and incomplete official reports and gave a false and incomplete version of the events to their superiors to cover up their own misconduct.

16. Mr. Miller wrongfully spent 21 days in the Cook County Jail.

17. On June 26, 2006, Mr. Miller appeared in court and the charges were dismissed against him.

18. As a direct and proximate result of Defendant Officers' actions, as detailed above, Plaintiff Miller has suffered and continues to suffer, severe mental distress, humiliation, loss of liberty, loss of income and other financial losses.

## COUNT I

### (42 U.S.C. SECTION 1983-FALSE ARREST)

19. Plaintiff Eugene Miller alleges and realleges paragraphs 1 through 18 as fully set forth herein.

20. The above acts of the Defendant Officer Ormond and Garcia were willfully and wantonly done without probable cause and was a direct and proximate cause of Mr. Miller's pain, suffering and mental anguish, and therefore violated the Plaintiffs Forth Amendment right to be free from unreasonable arrest, search and seizure.

**WHEREFORE**, Plaintiff Eugene Miller, demands compensatory damages against Defendant Officers Ormond and Garcia and because the Defendants acted

maliciously, willfully and/or wantonly, Plaintiff demands punitive damages from each individual defendant, plus cost, attorney's fees, and such other additional relief as this Court deems equitable and just.

## COUNT II
### (42 U.S.C. Section 1983- CONSPIRACY)

21.     Plaintiff Eugene Miller allege and reallege paragraphs 1 through 18 as fully set forth above.

22.     Officers Ormond and Garcia reached an understanding, engaged in a sequence of events or course of conduct, and otherwise agreed and conspired together to violate the constitutional rights of the Plaintiff.

23.     Each defendant did reach this understanding and agreement, and did engage in this course of conduct with the mutual purpose, objective, and knowledge that it would deprive the Plaintiff of his rights, privileges and immunities, as guaranteed by the Constitution and laws of the United States.

24.     Additionally, said conspiracy/joint action violated Plaintiffs' Fourth Amendment rights, under color of law, in violation of 42 U.S.C. Section 1983, and was a direct and proximate cause of their pain, suffering and mental anguish.

25.     Acting in Furtherance of this plan and conspiracy, each of the Defendants committed overt acts, including, but not limited to the unjustifiable arrest as more fully alleged in paragraphs 5-18.  This course of conduct by the Defendants was done willfully, maliciously, intentionally, or with reckless disregard, and directly and proximately caused serious injury to the Plaintiff.

**WHEREFORE,** Plaintiff demands compensatory damages against each Defendant, and because the Defendants acted maliciously, willfully and/or wantonly,

punitive damages, plus costs, attorney fees, and such other additional relief as this Court deems equitable and just.

## COUNT III

### (MALICIOUS PROSECUTION UNDER ILLINOIS LAW)

26. Plaintiff Eugene Miller alleges and realleges paragraphs 1 through 18 as though fully set forth herein.

27. The above prosecution was initiated by the Defendants to harass the Plaintiff.

28. The Defendants signed complaints against Plaintiff which began the prosecution of him. Defendants further gave false statements against Plaintiff to the prosecutor.

29. The unjustifiable prosecution was resolved in the Plaintiff's behalf and, therefore, said prosecution was in violation of the Illinois law.

30. The unjustifiable prosecution of the Plaintiff Eugene Miller was done willfully and wantonly and was the direct and proximate cause of the physical and mental injuries suffered by the Plaintiff.

**WHEREFORE,** Plaintiff Eugene Miller seeks actual or compensatory damages against Defendant Officers Ormond and Garcia individually, and because the above defendants acted maliciously, willfully and/or wantonly, Plaintiff demands punitive damages against each defendant officer.

## COUNT IV

**(Respondent Superior Under Illinois Law Against the City of Chicago)**

31.     Plaintiff Eugene Miller alleges and realleges paragraphs 1 through 18 as though fully set forth herein.

The aforesaid acts of Defendant Officers Ormond and Garcia were done within the scope of their employment as Chicago Police Officers, were willful and wanton, and therefore the Defendant City of Chicago, as principal, is liable for the actions of its agents under the doctrine of respondent superior.

**WHEREFORE**, Plaintiff Eugene Miller, demands judgment against Defendant City of Chicago plus costs, and such other additional relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted,

The Law Office of Standish E. Willis

By: s/Teniece Harris
    Attorney for Plaintiff

The Law Office of Standish E. Willis
407 S. Dearborn, Suite 1395
Chicago, IL  60605
312.554.0005