UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
| Plaintiff, | ) | Case No. 08 C 3181 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| OFFICER JOHN ORMOND, #19095, | ) | Magistrate Judge Valdez |
| REBECCA GARCIA, #5529, | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**DEFENDANTS AGREED MOTION TO EXTEND TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants City of Chicago, Officers JOHN ORMOND and REBECCA GARCIA, by their attorney, Sanjay H. Patel, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including September 12, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1)   The undersigned counsel filed his Appearance for Defendants on JULY 10, 2008.

(2)   This matter was filed on June 2, 2008. Summons and Complaint have been personally served upon Defendants.

(3)   The undersigned learned on July 25, 2008 that Defendant ORMOND was personally served, but Defendant Garcia has not yet been personally served. The undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

(4)   The undersigned further learned that Defendant GARCIA has been on medical leave since June 2, 2008, and will not return to duty until September 3, 2008

(5) The undersigned also has ordered, but not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint

(6) This motion is Defendants first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

(7) The undersigned has communicated with plaintiff's counsel, Teniece Harris, and she is in agreement with the terms of this motion.

**WHEREFORE**, Defendants requests that this Court to grant his motion for an extension of time to and including September 12, 2008, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/ Sanjay Patel_____
SANJAY H. PATEL
Assistant Corporation Counsel
Attorney for Defendant Officers
30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902