UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
|     Plaintiff, | ) | Case No. 08 C 3181 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| OFFICER JOHN ORMOND, #19095, | ) | Magistrate Judge Valdez |
| REBECCA GARCIA, #5529, | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | |
| | ) | Jury Demand |
|     Defendants. | ) | |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

To:  Teniece Harris
     407 S. Dearborn, suite 1395
     Chicago, IL 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER**.
PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge NORGLE, or before such other Judge sitting in his place or stead, on **8-15-08 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2341** United States District Court, 219 S. Dearborn Street, Chicago, Illinois,  and then and there present the attached Motion.
I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 8-5-08, in accordance with the rules on electronic filing of documents

    Respectfully submitted,
    /s/ SanjayPatel
    SANJAY H. PATEL
    Assistant Corporation Counsel
    30 N. LA SALLE ST., SUITE 1400
    CHICAGO, ILLINOIS  60602
    (312) 742-3902
    ATTORNEY NO. 06272840